AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

|  |  |
|---|---|
| United States of America<br>v.<br><br>SHELLEY M. RICHMOND JOSEPH and<br>WESLEY MACGREGOR<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No. _MJR 10141_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Wesley MacGregor

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k)
Obstruction of Justice, and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 2
Obstruction of a Federal Proceeding, and Aiding and Abetting, in violation of 18 U.S.C. § 1505, 18 U.S.C. § 2
Perjury, in violation of 18 U.S.C. § 1623

Date:    04/25/2019
_____
*Issuing officer's signature*

City and state:    Boston, MA
Hon. Jennifer C. Boal, U.S. Magistrate Judge
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/25/2019 , and the person was arrested on *(date)* 4/25/2019<br>at *(city and state)* ~~Bos~~ Watertown, MA .<br><br>Date: 4/26/2019                               _____<br>                                                              *Arresting officer's signature*<br><br>                                   Peter Skutnik   Special Agent<br>                                                              *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10141 |
| SHELLEY M. RICHMOND JOSEPH and WESLEY MACGREGOR | ) ) ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Shelley M. Richmond Joseph                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k)
Obstruction of Justice, and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 2
Obstruction of a Federal Proceeding, and Aiding and Abetting, in violation of 18 U.S.C. § 1505, 18 U.S.C. § 2

Date:     04/25/2019

_____
*Issuing officer's signature*

City and state:     Boston, MA

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/25/2019 , and the person was arrested on *(date)* 4/25/2019 at *(city and state)* Boston, MA . Date: 04/26/2019 |

_____
*Arresting officer's signature*

Peter Skutnik   Special Agent
*Printed name and title*