AO 442 (Rev. 11/11) Arrest Warrant

FILED
IN CLERKS OFFICE

2019 MAY -2 PM 1: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>SHELLEY M. RICHMOND JOSEPH and<br>WESLEY MACGREGOR<br><br>*Defendant* | )<br>)<br>)   Case No. 19CR10141-LTS<br>)              DLC<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2019 APR 25 PM 12: 23

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Shelley M. Richmond Joseph

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k)
Obstruction of Justice, and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 2
Obstruction of a Federal Proceeding, and Aiding and Abetting, in violation of 18 U.S.C. § 1505, 18 U.S.C. § 2

Date:   04/25/2019

*Issuing officer's signature*

City and state:   Boston, MA

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ |
| Date: _____       WARRANT EXECUTED BY USI<br>BY ARREST/ARRAIGNMENT OF THE<br>DEFENDANT ON  4/26/19       *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____