UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 19-cr-10141-LTS |
| (1) SHELLEY M. RICHMOND JOSEPH and ) | |
| (2) WESLEY MACGREGOR ) | |
| ) | |
| Defendants. ) | |

JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(a)

The parties submit this joint memorandum addressing Local Rule 116.5(a). An Initial Status Conference is presently scheduled for May 30, 2019 at 10:15 a.m. before Magistrate Judge Donald L. Cabell.

1. The government provided automatic discovery on May 23, 2019. There are no pending discovery requests.

2. Defendants are reviewing the automatic discovery and reserve the right to request additional discovery.

3. The parties intend to seek a protective order regarding the dissemination of certain sensitive information.

4. Defendant Joseph will be filing pretrial motions under Fed. Rule Crim. P. 12(b). Defendant Joseph will be asking that the Rule 12(b) process be scheduled in parallel with the discovery process and that the Court set a date of July 31, 2019 for the defense to file its Rule 12(b) motions -- with government responses to be filed within a reasonable time thereafter as determined by the Court. Defendant MacGregor does not yet know whether he will file any pretrial motions under Rule 12(b).

5.   The parties agree that the government will provide expert disclosures no later than 30 days before trial and the Defendants will provide expert disclosures no later than 21 days before trial.

6.   The Court has previously excluded the period from April 25, 2019 until May 30, 2019, for the purposes of the Speedy Trial Act. ECF Dkt. No. 14. The parties agree to the exclusion of the period between May 30, 2019, and the date of the interim status conference requested in paragraph 7, pursuant to 18 U.S.C. § 3161(h)(7)(A). The parties submit that the ends of justice served by permitting defense counsel to review and evaluate the discovery outweighs the best interest of the public and the Defendants in a speedy trial.

7.   The parties request that the interim status conference be scheduled approximately 45 days after the initial status conference.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: */s/ Christine Wichers*
Dustin Chao
Christine Wichers
Assistant U.S. Attorneys

| SHELLEY M. RICHMOND JOSEPH | WESLEY MACGREGOR |
|---|---|
| By her attorneys, | By his attorney, |
| */s/ Thomas M. Hoopes* | */s/ Scott Lauer* |
| Thomas M. Hoopes | Scott Lauer |
| Douglas S. Brooks | Assistant Federal Defender |
| LibbyHoopes, P.C. | 51 Sleeper Street |
| 399 Boylston Street | 5th Floor |
| Boston, MA 02116 | Boston, MA 02210 |
| 617) 338-9300 | (617) 223-8061 |

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

             */s/ Christine Wichers*
             Christine Wichers
             Assistant U.S. Attorney

Date: May 23, 2019