UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 19-10141-LTS |
| (1)  SHELLEY M. RICHMOND JOSEPH and | ) | |
| (2)  WESLEY MACGREGOR | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The government respectfully moves for a Court Order excluding the period from July 25, 2019, through and including August 5, 2019, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the grounds that this period constitutes reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the ends of justice served by excluding this period outweigh the best interests of the public and the defendants in a speedy trial.

In support of this request, the government states that the Court has excluded all time through July 25, 2019, which was the date originally set for the interim status conference. *See* Doc. No. 26. At the request of counsel for defendant MacGregor, and with the assent of the other parties, the Court continued the date of the interim status conference to August 5, 2019. *See* Doc. Nos. 44, 46.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Christine Wichers*
DUSTIN CHAO
CHRISTINE WICHERS
Assistant U.S. Attorneys

**Certificate of Service**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 29, 2019.

                              */s/ Christine Wichers*
                              Christine Wichers