## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHELLEY M. RICHMOND JOSEPH,<br><br>Defendant. | Crim. No. 19-10141-LTS |

### DEFENDANT SHELLEY M. RICHMOND JOSEPH'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF HER MOTION TO DISMISS THE INDICTMENT IN EXCESS OF 20 PAGES

Defendant Shelley M. Richmond Joseph hereby moves this Court for leave to file a memorandum in support of her motion to dismiss the Indictment in excess of 20 pages. As support for this Motion, Judge Joseph states as follows:

1. This prosecution is novel, and Judge Joseph believes for good reason.

2. Accordingly, Judge Joseph believes multiple separate and independent grounds exist for dismissing the Indictment as a matter of law, and more than 20 pages is required to discuss and explicate these multiple independent grounds for dismissal. These grounds include: (1) judicial immunity; (2) the impermissibly broad application of the obstruction of justice statutes; and (3) the well-established constitutional principles that underly our federal system of dual sovereignty.

3. The proposed supporting memorandum is 31 pages.

4. The government does not oppose Defendant's request to file a memorandum in excess of 20 pages.

WHEREFORE, Judge Joseph seeks leave to file a memorandum in support of her motion to dismiss of up to 31 pages in length.

Respectfully submitted,

SHELLEY M. RICHMOND JOSEPH

/s/ Thomas M. Hoopes
THOMAS M. HOOPES, ESQ.
BBO No. 239340
/s/ Douglas S. Brooks
DOUGLAS S. BROOKS, ESQ.
BBO No. 636697
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
617.338.9300
Email: thoopes@libbyhoopes.com

/s/ Elizabeth N. Mulvey
ELIZABETH N. MULVEY, ESQ.
Crowe & Mulvey
77 Franklin Street, 3rd Floor
Boston, MA 02110
617.426.4488
emulvey@croweandmulvey.com

Dated:  September 6, 2019

## LOCAL RULES 7.1 and 112.1 CERTIFICATION

I hereby certify that undersigned counsel has conferred with counsel for the United States in a good-faith effort to resolve or narrow the issues raised by this Motion, and the United States does not oppose the relief requested herein.

/s/ Douglas S. Brooks
Douglas S. Brooks

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on September 6, 2019.

      /s/ Thomas M. Hoopes
      Thomas M. Hoopes