**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHELLEY M. RICHMOND JOSEPH,<br><br>Defendant. | Crim. No. 19-10141-LTS |

### DEFENDANT SHELLEY M. RICHMOND JOSEPH'S MOTION TO DISMISS THE INDICTMENT UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 12(B)

Defendant Shelly M. Richmond Joseph respectfully moves to dismiss the indictment under Federal Rule of Criminal Procedure 12(b)(3)(B)(5) for failure to state an offense. The grounds for this motion, which are explained in detail in the accompanying Memorandum of Law, include: (1) that the prosecution is barred by judicial immunity; (2) that the indictment, on its face, fails to state an offense under the federal obstruction of justice statutes; and (3) that, as applied here, the statutes violate the Constitution.

For the reasons set out in the accompanying Memorandum of Law, the indictment should be dismissed under Federal Rule of Criminal Procedure 12(b)(3) for failure to state an offense.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant respectfully requests oral argument on this motion.

2

Dated:  September 6, 2019        Respectfully submitted,

                 SHELLY M. RICHMOND JOSEPH

                 /s/ Thomas M. Hoopes
                 THOMAS M. HOOPES, ESQ.
                 BBO No. 239340
                 /s/ Douglas S. Brooks
                 DOUGLAS S. BROOKS, ESQ.
                 BBO No. 636697
                 LibbyHoopes, P.C.
                 399 Boylston Street
                 Boston, MA 02116
                 (617) 338-9300
                 thoopes@libbyhoopes.com

                 /s/ Elizabeth N. Mulvey
                 ELIZABETH N. MULVEY
                 BBO No. 542091
                 Crowe & Mulvey LLP
                 77 Franklin Street, 3rd Floor
                 Boston, MA 02110
                 (617) 426-4488
                 emulvey@croweandmulvey.com

                 *Counsel for Defendant Shelley M. Richmond Joseph*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I have conferred with counsel for the United States in a good-faith attempt to resolve or narrow the issues involved in this motion, as required by Local Rule 7.1.

/s/ Thomas M. Hoopes
THOMAS M. HOOPES

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Thomas M. Hoopes
THOMAS M. HOOPES