UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 19-10141-LTS |
| (1)  SHELLEY M. RICHMOND JOSEPH and | ) | |
| (2)  WESLEY MACGREGOR | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE**

The parties respectfully request that the final status conference scheduled for tomorrow be continued for 30 days in light of the defendants' pending discovery motions, Doc. Nos. 32, 33.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: */s/ Christine Wichers*
Dustin Chao
Christine Wichers
Assistant U.S. Attorneys

| | |
|---|---|
| SHELLEY M. RICHMOND JOSEPH | WESLEY MACGREGOR |
| By her attorneys, | By his attorney, |
| | |
| */s/ Thomas M. Hoopes* | */s/ Rosemary Scapicchio* |
| Thomas M. Hoopes | Rosemary Scapicchio |
| Douglas S. Brooks | 107 Union Wharf |
| LibbyHoopes, P.C. | Boston, MA 02109 |
| 399 Boylston Street | (617) 263-7400 |
| Boston, MA 02116 | |
| (617) 338-9300 | |
| | |
| Elizabeth N. Mulvey | |
| Crowe & Mulvey, LLP | |
| 141 Tremont St., 8th Floor | |
| Boston, MA 02111 | |
| (617) 426-4488 | |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 9, 2019.

                                */s/ Christine Wichers*
                                Christine Wichers
                                Assistant U.S. Attorney