UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHELLEY M. RICHMOND JOSEPH and<br>WELSEY MACGREGOR | CRIMINAL NO. 3:19-cr-10141-LTS |

## THE MASSACHUSETTS ASSOCIATION OF CRIMINAL DEFENSE LAWYERS' MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Proposed *Amicus Curiae* the Massachusetts Association of Criminal Defense Lawyers ("MACDL") respectfully requests leave of this Court to file the attached brief *amicus curiae* in support of the Defendant Judge Shelley M. Richmond Joseph's ("Judge Joseph") Motion to Dismiss the Indictment. As grounds for its motion, MACDL states as follows:

1. MACDL is an incorporated, non-profit association representing more than 1,000 experienced trial and appellate lawyers who devote a substantial part of their practices to criminal defense. MACDL is the single largest organization of criminal defense lawyers in the Commonwealth. Literally every day, MACDL members are in the trial courts of the Commonwealth representing the accused. MACDL's mission is to preserve the adversary system of justice, including the critical independence of the judiciary, to maintain and foster independent and able criminal defense lawyers, and to ensure justice and due process for all persons accused of crimes, whether they are citizens or immigrants, and regardless of their immigration status.

2. MACDL is dedicated to protecting the rights of all individuals accused of crimes in the Commonwealth guaranteed by the United States Constitution and the Massachusetts Declaration of Rights. MACDL seeks to improve the criminal justice system by supporting

policies and procedures to ensure fairness and justice in criminal matters. MACDL devotes much of its energy to identifying, attempting to avoid and remedying problems in the criminal justice system. It files amicus curiae briefs in cases raising questions of importance to the administration of justice.

3. MACDL respectfully seeks leave to submit its proposed amicus brief because the Government's prosecution of Judge Joseph and Court Officer Wesley MacGregror ("Mr. MacGregor") in this matter constitutes an unprecedented, ill-advised and unconstitutional overreach which threatens the fundamental right of persons to petition the courts under the First Amendment of the United States Constitution and the Massachusetts Declaration of Rights. MACDL's proposed amicus brief sets forth an important discussion of the First Amendment and Article 11 rights of immigrants to access the judicial system against which the in court actions of Judge Joseph and Mr. MacGregor alleged by the Government to be at issue in this case must be understood. It also sets forth in detail the threat to those rights that the Government's prosecution poses for immigrants more broadly.

4. The Court has discretion to permit the filing of an amicus curiae brief. See, e.g., Mass. Food Ass 'n v. Massachusetts Alcoholic Beverages Control Comm 'n, 1 97 F.3d 560, 568 (1st Cir. 1999) (district court "reasonably concluded" that "any variations of legal argument could adequately be presented in amicus briefs"); Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., 807 F.3d 472 (2015) (affirming district court's order allowing filing of amicus brief in lieu of intervention); Boston Gas Co. v. Century Indem. Co., No. 02-12062-RWZ, 2006 WL 1738312, at *1 n.l (D. Mass. Jun, 21, 2006) ("[Federal district] courts have inherent authority and discretion to appoint amici.").

5. MACDL has limited its proposed brief to 13 pages in length.

6.      Defendants assent to this motion. The Government opposes this motion, although it has provided no explanation for doing so.

WHEREFORE, MACDL respectfully request that this Court grant leave to file the attached brief *amicus curiae*.

Respectfully Submitted,

MASSACHUSETTS ASSOCIATION OF
CRIMINAL DEFENSE LAWYERS,

By their attorneys,

/s/ Benjamin J. Wish
Howard M. Cooper (BBO# 543842)
hcooper@toddweld.com
Benjamin J. Wish (BBO# 672743)
bwish@toddweld.com
Maria T. Davis (BBO# 675447)
mdavis@toddweld.com
Todd & Weld, LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

September 12, 2019

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for MACDL conferred with counsel for the Government and Defendants regarding the filing of this motion. Through counsel, the Government advised MACDL that it objected to the filing of this motion and Defendants advised MACDL that they assented to the filing of this motion.

/s/ Benjamin J. Wish
Benjamin J. Wish

## CERTIFICATE OF SERVICE

I, Benjamin J. Wish, hereby certify that on this date, I caused a copy of the foregoing to be served via hand-delivery and electronic mail to counsel of record as identified on the Notice of Electronic Filing (NEF) system.

            /s/ Benjamin J. Wish
            Benjamin J. Wish