UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   Crim. No. 19-10141-LTS |
| SHELLEY M. RICHMOND JOSEPH, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' OPPOSITION TO MOTION FOR LEAVE
TO FILE AMICUS CURIAE BRIEF SUBMITTED BY
THE COMMONWEALTH OF MASSACHUSETTS**

The United States respectfully opposes the motion by the Commonwealth of Massachusetts for leave to file an amicus brief in support of the Defendants' motions to dismiss Counts 1-3 of the Indictment for failure to state an offense under Fed. R. Crim. P. 12(b)(3)(B)(v). *See* Doc. No. 70.

**ARGUMENT**

In deciding the Defendants' motions to dismiss, the sole issue for the Court is whether the allegations in the Indictment, which must be taken as true, are sufficient to apprise the Defendants of the charged offenses. *See United States v. Brissette*, 919 F.3d 670, 675 (1st Cir. 2019); *United States v. Stewart*, 744 F.3d 17, 21 (1st Cir. 2014).

Three capable law firms representing the Defendants have submitted two exhaustive briefs raising numerous legal arguments in support of their clients' motions, including judicial immunity (raised by Judge Joseph only); that the Defendants did not act "corruptly" to impede a "proceeding"; that their prosecution violates the Tenth Amendment; and that the obstruction statutes are unconstitutionally vague as applied. *See* Doc. Nos. 60, 62. Defense counsel have not

claimed that they have been prevented from, or otherwise been unable to fully develop, any of their clients' legal arguments.

The Commonwealth's proposed brief merely echoes three arguments already fully developed in the Defendants' briefs: that the Defendants did not impede a "proceeding," Doc. No. 71 at 10-19; that they did not act "corruptly," *id.* at 19-23; and that Judge Joseph has judicial immunity, *id.* at 23-27. The Court should deny a motion for leave to file an amicus brief filed by any third party whose proposed filing merely echoes legal arguments already fully briefed by the parties in the case.

## CONCLUSION

Because the Commonwealth's brief offers nothing new to assist the Court, the Court should deny its motion for leave to file.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Christine Wichers*
DUSTIN CHAO
CHRISTINE WICHERS
Assistant U.S. Attorneys

### Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 14, 2019.

*/s/ Christine Wichers*
Christine Wichers