UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>　　　　　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　 )<br>(1) SHELLEY M. RICHMOND JOSEPH and )<br>(2) WESLEY MACGREGOR　　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　　　Defendants.　　　　　　　 ) | Crim. No. 19-10141-LTS |

**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(c)**

The parties submit this joint memorandum addressing Local Rule 116.5(c).

1. Defendants' motions to dismiss Counts I-III of the indictment are pending. The government's responses are due October 18, 2019.

2. Defendants' request to file a motion to compel the production of grand jury instructions at the time of filing of motions to dismiss is still pending. *See* Doc. No. 32 at 10-11. The government did not oppose the request regarding the time of filing, *see* Doc. No. 40 at 8, although it notes that this Court has denied Defendants' motion to compel the production of additional grand jury materials based on an alleged need to evaluate the basis for a potential severance motion. *See* Doc. No. 86. Because Defendants have already filed their motions to dismiss, they ask that the Court schedule a fourteen-day deadline for motions to compel the production of grand jury instructions. The government does not oppose this request.

3. All discovery requests and motions have been made and otherwise resolved before this Court. Defendants may serve and file objections regarding the Court's rulings on both their Joint Motion to Compel Production of Discovery and the Request for Production and Inspection of Notes, but those objections would be heard by the district judge.

4.     Therefore, the parties ask that this case be transferred to the district court to schedule a hearing on the motions to dismiss, forthcoming motions to compel the production of grand jury instructions, and potentially forthcoming objections to this Court's ruling regarding discovery matters and to schedule a trial date on all counts in the indictment that are not dismissed.

5.     The Court has previously excluded the period from April 25, 2019, until October 23, 2019, for the purposes of the Speedy Trial Act. *See* Doc. Nos. 14, 26, 49, 52, 88. The parties agree that the period between October 23, 2019, and the date of the hearing in district court requested in Paragraph 4 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties submit that the ends of justice served by permitting counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, outweighs the best interest of the public and the Defendants in a speedy trial. Under the Speedy Trial Act, there are currently 0 days of non-excludable time and 70 days remaining in which this case must be tried.

6.     Through counsel, the government has extended plea offers to the Defendants. Defendant Joseph rejected the offer of a deferred prosecution agreement. Defendant MacGregor has not yet responded to the government regarding the offer extended to him. If Defendants' Motions to Dismiss are not allowed, the parties believe that a trial is a certainty. The government believes that a trial is likely to last approximately one week. The Defendants believe a trial is likely to last 7-10 trial days.

7.     In light of the information provided herein, the parties respectfully request that the Court cancel the final status conference.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: */s/ Christine Wichers*
Dustin Chao
Christine Wichers
Assistant U.S. Attorneys

| SHELLEY M. RICHMOND JOSEPH | WESLEY MACGREGOR |
|---|---|
| By her attorneys, | By his attorney, |
| */s/ Thomas M. Hoopes* | */s/ Rosemary Scapicchio* |
| Thomas M. Hoopes | Rosemary Scapicchio |
| Douglas S. Brooks | 107 Union Wharf |
| LibbyHoopes, P.C. | Boston, MA 02109 |
| 399 Boylston Street | (617) 263-7400 |
| Boston, MA 02116 | |
| (617) 338-9300 | |

Elizabeth N. Mulvey
Crowe & Mulvey, LLP
141 Tremont St., 8th Floor
Boston, MA 02111
(617) 426-4488

**Certificate of Service**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 16, 2019.

*/s/ Christine Wichers*
Christine Wichers
Assistant U.S. Attorney