UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 19-10141-LTS |
| SHELLEY M. RICHMOND JOSEPH, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' ASSENTED-TO MOTION FOR LEAVE
TO FILE BRIEF EXCEEDING 20 PAGES**

Pursuant to Local Rule 7.1(b)(4), the United States respectfully requests leave to submit a brief of approximately 36 pages in opposition to the motion to dismiss the indictment filed by defendant Shelley M. Richmond Joseph (Doc. Nos. 59-60). In support of this motion, the government states as follows:

1. Judge Joseph has filed a 31-page memorandum in support of her motion to dismiss, arguing that: the prosecution is barred by judicial immunity; the indictment fails to state an offense under 18 U.S.C. § 1512(c)(2) or 18 U.S.C. § 1505 because it fails to allege that Judge Joseph acted "corruptly" to obstruct a "proceeding," and because Section 1512(c)(2) is limited to evidence-impairment crimes; the prosecution violates the Tenth Amendment anti-commandeering doctrine; and Sections 1512(c)(2) and 1505 are unconstitutionally vague as applied to Judge Joseph's conduct.

2. The government's proposed brief responds to each of the above arguments. It also responds to certain factual assertions and arguments raised in the five amicus briefs filed in support of Judge Joseph. Those amici are: (a) the Commonwealth of Massachusetts, (b) Professor Jennifer N. Chacón, *et al.*, (c) the Massachusetts Association of Criminal Defense Lawyers, (d) the Ad Hoc

Committee for Judicial Independence, and (e) the American Immigration Lawyers Association and Justice at Work. *See* Doc Nos. 71, 81, 84, 85, 92.

3.      Through her counsel, Judge Joseph has assented to the relief requested in this motion.

WHEREFORE, the United States respectfully requests that the Court allow it to file a brief of approximately 36 pages.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: */s/ Christine Wichers*
Dustin Chao
Christine Wichers
Assistant U.S. Attorneys

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 17, 2019.

*/s/ Christine Wichers*
Christine Wichers