## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

SHELLEY M. RICHMOND JOSEPH,

Defendant.

Crim. No. 19-10141-LTS

## DEFENDANT SHELLEY M. RICHMOND JOSEPH'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF HER MOTION TO DISMISS THE INDICTMENT

Defendant Shelley M. Richmond Joseph hereby moves this Court for leave to file a reply memorandum in support of her motion to dismiss the Indictment by November 8, 2019—21 days after the government filed its Opposition.  As support for this Motion, Judge Joseph states as follows:

1.      This prosecution is novel.

2.      The government's Opposition raises issues and arguments that Judge Joseph believes should be addressed in writing prior to oral argument on her motion.

3.      Accordingly, Judge Joseph believes a reply memorandum will provide meaningful help in clarifying the issues and assisting the Court in resolving her Motion.

4.      The government assents to this Motion.

WHEREFORE, Judge Joseph respectfully requests that the Court allow this Motion for leave to file a reply memorandum.

Respectfully submitted,

SHELLEY M. RICHMOND JOSEPH

/s/ Thomas M. Hoopes
THOMAS M. HOOPES, ESQ.
BBO No. 239340
/s/ Douglas S. Brooks
DOUGLAS S. BROOKS, ESQ.
BBO No. 636697
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
617.338.9300
thoopes@libbyhoopes.com
dbrooks@libbyhoopes.com

/s/ Elizabeth N. Mulvey
ELIZABETH N. MULVEY, ESQ.
Crowe & Mulvey
77 Franklin Street, 3rd Floor
Boston, MA 02110
617.426.4488
emulvey@croweandmulvey.com

Dated: October 21, 2019

## LOCAL RULES 7.1 and 112.1 CERTIFICATION

I hereby certify that undersigned counsel has conferred with counsel for the United States in a good-faith effort to resolve or narrow the issues raised by this Motion, and the United States assents to the relief requested herein.

/s/ Douglas S. Brooks
Douglas S. Brooks

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 21, 2019.

<u>/s/ Douglas S. Brooks</u>
Douglas S. Brooks