UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                             ) | Crim. No. 19-10141-LTS |
| ) | |
| SHELLEY M. RICHMOND JOSEPH, ) | |
| ) | |
| Defendant.           ) | |

**UNITED STATES' ASSENTED-TO MOTION TO EXTEND DEADLINE FOR ITS RESPONSE TO DEFENDANT JOSEPH'S MOTION TO COMPEL PRODUCTION OF GRAND JURY INSTRUCTIONS**

On October 29, defendant Joseph filed a motion to compel the production of the grand jury legal instructions. Doc. No. 109. The government mistakenly believed it had two weeks to respond, and only realized today that the Court had set a deadline of November 5. The government apologizes for the oversight and respectfully requests that its deadline be extended until tomorrow, November 8. Through her counsel, defendant Joseph has assented to the relief requested in this motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Christine Wichers*
DUSTIN CHAO
CHRISTINE WICHERS
Assistant United States Attorneys

**Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 7, 2019.

*/s/ Christine Wichers*
CHRISTINE WICHERS