UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 19-10141-LTS |
| SHELLEY M. RICHMOND JOSEPH, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' ASSENTED-TO MOTION FOR LEAVE TO FILE
SUR-REPLY IN OPPOSITION TO DEFENDANT JOSEPH'S
<u>MOTION TO DISMISS THE INDICTMENT</u>**

Pursuant to Local Rule 7.1(b)(3), the United States respectfully requests leave to submit a 6-page sur-reply brief responding to defendant's 21-page reply brief. The government believes the proposed brief will assist the Court in resolving the motion to dismiss. Through her counsel, Judge Joseph has assented to the relief requested in this motion.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: */s/ Christine Wichers*
Dustin Chao
Christine Wichers
Assistant U.S. Attorneys

<u>**Certificate of Service**</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 15, 2019.

*/s/ Christine Wichers*
Christine Wichers