UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                             ) | Criminal No. 1:19-cr-10141-LTS |
| ) | |
| ) | |
| SHELLEY M. RICHMOND JOSEPH ) | |
| and                                           ) | |
| WESLEY MACGREGOR         ) | |

**ASSENTED-TO MOTION BY DEFENDANT SHELLEY M. RICHMOND JOSEPH FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES (AND NO MORE THAN 30 PAGES) IN SUPPORT OF HER <u>FIRST SUPPLEMENTAL MOTION TO COMPEL EVIDENCE OF BIAS</u>**

Defendant Shelley M. Richmond Joseph hereby moves this Court for leave under Local Rule 7.1(b)(4) of the United States District Court for the District of Massachusetts to file a memorandum in support of her First Supplemental Motion to Compel Evidence of Bias in excess of 20 pages, to wit, no more than 30 pages. As support for this Motion, Judge Joseph states as follows:

1. This prosecution is novel, and events post indictment have raised additional and substantial issues. Addressing these issues requires Judge Joseph to present complex factual material and complex legal arguments for the Court's consideration.

2. Judge Joseph therefore makes this motion for additional pages so that she can detail fully and with particularity the existence and relevance of the exculpatory evidence of bias that she seeks.

4. The proposed supporting memorandum will not be more than 30 pages.

5. The government assents to Judge Joseph's request to file a memorandum of not more than 30 pages.

6. Judge Joseph does not seek to inconvenience or burden the Court by this request and believes that if leave is granted, it will allow her to submit the most complete arguments to fully articulate her positions on the issues presented.

Respectfully submitted,

SHELLEY M. RICHMOND JOSEPH
/s/ Thomas M. Hoopes
THOMAS M. HOOPES, ESQ.
BBO No. 239340
/s/ Douglas S. Brooks
DOUGLAS S. BROOKS, ESQ.
BBO No. 636697
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
617.338.9300
Email:thoopes@libbyhoopes.com

/s/ Elizabeth N. Mulvey
ELIZABETH N. MULVEY, ESQ.
Crowe & Mulvey
77 Franklin Street, 3rd Floor
Boston, MA 02110
617.426.4488
emulvey@croweandmulvey.com

Dated: May 5, 2020

**LOCAL RULES 7.1 and 112.1 CERTIFICATION**

I hereby certify that undersigned counsel has conferred with counsel for the United States in a good-faith effort to resolve or narrow the issues raised by this Motion, and the United States has assented to the relief requested herein.

/s/ Thomas M. Hoopes
Thomas M. Hoopes, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on May 5, 2020.

/s/ Thomas M. Hoopes
Thomas M. Hoopes, Esq.