# Exhibit List

**Exhibit 1.** Maria Cramer, *MS-13 'all but eradicated,' US Attorney says,* (Dec. 12, 2018, 9:20 PM), https://www.bostonglobe.com/metro/2018/12/12/all-but-eradicated-attorney-says/ODIj16BXqOOYD3P0etoOON/story.html

**Exhibit 2.** Aaron Leibowitz, *Mass. US Atty Sees No Issue With ICE Courthouse Arrests,* (Dec. 12, 2018, 5:47 PM), https://www.law360.com/articles/1110787/mass-us-atty-sees-no-issue-with-ice-courthouse-arrests

**Exhibit 3.** Ellen Barry, *When the Judge Became the Defendant,* New York Times (Nov. 16, 2019, updated Feb. 10. 2020) https://www.nytimes.com/2019/11/16/us/shelley-joseph-immigration-judge.html

**Exhibit 4.** Andrew Lelling, *U.S. Attorney Andrew Lelling: Sanctuary Cities are a 'genuine and persistent threat'* (February 10, 2020, 8:38 PM) https://www.bostonherald.com/2020/02/10/u-s-attorney-andrew-lelling-sanctuary-cities-are-a-genuine-and-persistent-threat/.

**Exhibit 5.** *Remarks by President Trump at a California Sanctuary State Roundtable*, THE WHITE HOUSE (May 16, 2018), https://www.whitehouse.gov/briefings-statements/remarks-president-trump-california-sanctuary-state-roundtable/

**Exhibit 6.** Transcript of The Howie Carr Show Interview with Todd Lyons (Dec. 6, 2018), audio available at https://howiecarrshow.com/2018/12/06/ice-12-6-18-hour-4/

**Exhibit 7.** Transcript of The Howie Carr Show Interview with Todd Lyons (Mar. 26, 2019), audio available at https://howiecarrshow.com/2019/03/26/todd-lyons/

**Exhibit 8.** Transcript of The Howie Carr Show Interview with Todd Lyons (Jul. 20, 2018), audio available at https://howiecarrshow.com/2018/07/20/massachusetts-is-not-a-sanctuary-state-wink-wink-nudge-nudge-7-20-18-hour-2/

**Exhibit 9.** Transcript of The Howie Carr Show Interview with Todd Lyons (Sept. 25, 2018), audio available at https://howiecarrshow.com/2018/09/25/illegal-immigration-9-25-18-hour-4/

**Exhibit 10.** Transcript of The Howie Carr Show Interview with Todd Lyons (Oct. 22, 2018), audio available at https://howiecarrshow.com/2018/10/22/ice-10-22-18-hour-3/

**Exhibit 11.** Transcript of The Howie Carr Show Interview with Todd Lyons (Dec. 11, 2019), audio available at https://howiecarrshow.com/2019/12/11/todd-lyons-12-11-19-hour-4/

**Exhibit 12.** Transcript of The Howie Carr Show Interview with Todd Lyons (Oct. 8, 2019), audio available at https://howiecarrshow.com/2019/10/08/todd-lyons-10-08-19-hour-3/

**Exhibit 13.** Transcript of The Howie Carr Show Interview with Todd Lyons (Jun. 6, 2019), audio available at https://howiecarrshow.com/2019/06/06/todd-lyons-and-capt-wes-hart-6-6-19-hour-4/

**Exhibit 14.** Transcript of The Howie Carr Show Interview with Todd Lyons (Oct. 24, 2019), audio available at https://howiecarrshow.com/2019/10/24/todd-lyons-ice-10-24-19-hour-3/

**Exhibit 15.** Transcript of The Howie Carr Show Interview with Todd Lyons (Feb. 11, 2020), audio available at https://howiecarrshow.com/2020/02/11/todd-lyons-and-nh-voters-2-11-20-hour-4/

**Exhibit 16.** Transcript of The Howie Carr Show Interview with Todd Lyons (Jan. 29, 2020), audio available at https://howiecarrshow.com/2020/01/29/todd-lyons-ice-1-29-20-hour-4/

**Exhibit 17.** Center for Immigration Studies, *An Interview With ICE Acting Field Office Director Todd Lyons*, YOUTUBE (Feb. 26, 2019), https://www.youtube.com/watch?v=TRQtTfLJgps

**Exhibit 18.** Transcript of The Howie Carr Show Interview with Todd Lyons (Sept. 26, 2019), audio available at https://howiecarrshow.com/2019/09/26/todd-lyons-boston-ice-field-office-director-9-26-19-hour-4/

**Exhibit 19.** Transcript of The Howie Carr Show Interview with Todd Lyons (Feb. 20, 2020), audio available at https://howiecarrshow.com/2020/02/20/todd-lyons-2-20-20-hour-4/

**Exhibit 20.** Transcript of The Howie Carr Show Interview with Todd Lyons (Apr. 25, 2019), audio available at https://howiecarrshow.com/2019/04/25/pugh-todd-lyons-and-senator-mike-lee-4-25-19-hour-3/

**Exhibit 21.** Transcript of Andrew Lelling Interview on Jim Braude Show (WGBH) (May 5, 2019) audio available at https://www.wgbh.org/news/politics/2019/05/06/us-attorney-andrew-lelling-doubles-down-on-judge-joseph-indictment

**Exhibit 22**. Transcript of Andrew Lelling Interview on Nightside with Dan Rea (June 17, 2019) audio available at https://podcasts.google.com/?feed=aHR0cHM6Ly93d3cuc3ByZWFrZXIuY29tL3Nob3cvMjc1MzA4MS9lcGlzb2Rlcy9mZWVk&episode=aHR0cHM6Ly9hcGkuc3ByZWFrZXIuY29tL2VwaXNvZGUvMjM3NzcxMzM&hl=en&ved=2ahUKEwj1juy404vpAhUVHc0KHWfVDa4QjrkEegQIBRAE&ep=6

**Exhibit 23.** Transcript of OTR:Andrew Lelling believes Varsity Blues scandal is Widespread at 9 (Oct. 6, 2019), audio available at https://www.wcvb.com/article/on-the-record-andrew-lelling-believes-varsity-blues-scandal-is-widespread/29378929

**Exhibit 24.** Chris Evans, *Feds Send Message: Feds Charge judge and court office*, Boston Herald (Apr. 26, 2019)

**Exhibit 25.** Transcript of The Howie Carr Show Interview with Todd Lyons at 4:16 (Jan. 9, 2019), audio available at https://howiecarrshow.com/2019/01/09/immigration-todd-lyons-and-bill-papageorge-1-09-19-hour-4/ (Transcript is mistakenly dated January 19, 2019)

**Exhibit 26.** Exhibit Transcript of The Howie Carr Show Interview with Todd Lyons (Jul. 17, 2019), audio available at https://howiecarrshow.com/2019/07/17/todd-lyons-of-ice-7-17-19-hour-3/

**Exhibit 27.** Defendant Shelley Richmond Joseph's Discovery Letter, dated April 14, 2020, ECF No. 123.

**Exhibit 28.** Government's Discovery Letter, dated April 23, 2020, ECF. No. 124