# In the Matter of:

*Interview*

*Todd Lyons*

*December 11, 2019*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



COMMONWEALTH OF MASSACHUSETTS

THE HOWIE CARR SHOW

INTERVIEW OF TODD LYONS,

ACTING FIELD DIRECTOR FOR ICE

BY:

HOWIE CARR

DATE: DECEMBER 11, 2019

Transcription Service:   Mary Indomenico, ACT, CET
                         Perfect In Print
                         212 Vineland Avenue
                         East Longmeadow, MA  01028
                         (413) 746-1778

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1          MR. CARR: Joining us now on the line is Todd
2  Lyons. He is the acting field office director for ERO,
3  Emergency Removals Office here in Boston.
4          What do you -- what do you make of this -- this
5  largely ceremonial gesture I'd guess you'd call it, but
6  they nonetheless did it -- and is it a slap in the face
7  for you guys?
8          MR. LYONS: One hundred percent slap it's a slap
9  in the face to every man and woman of ICE who worked in
10 Boston, and Suffolk County, Massachusetts. But really I
11 feel more embarrassed and upset for the citizens of
12 Boston, and you know, Massachusetts and Suffolk County,
13 because all this did was put draconian effects on a
14 horrible piece of legislation. And it's going against I
15 think, what every person voted for. Any elected
16 official's brought into, you know, their officer to
17 provide for the citizens that they represent and to give
18 those citizens safety and security. And what this act did
19 today was totally remove a critical piece of law
20 enforcement from the City of Boston.
21         MR. CARR: But I mean they've already been doing
22 this, didn't they? I mean didn't they demote a superior
23 officer in the Boston Police Department who was
24 cooperating with you guys or they transferred him at one

14

C E R T I F I C A T I O N

I, MARY INDOMENICO, AN APPROVED COURT TRANSCRIBER, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND ACCURATE TRANSCRIPT FROM THE AUDIO RECORDING PROVIDED TO ME BY THE BOSTON OFFICE OF LIBBY HOOPES, P.C., OF THE PROCEEDINGS IN THE ABOVE ENTITLED MATTER.

I, MARY INDOMENICO, FURTHER CERTIFY THAT THE FOREGOING IS IN COMPLIANCE WITH THE ADMINISTRATIVE OFFICE OF THE TRIAL COURT DIRECTIVE  ON TRANSCRIPT FORMAT.

I, MARY INDOMENICO, FURTHER CERTIFY THAT I NEITHER AM COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN, AND FURTHER THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

_____
Mary C. Indomenico
_____
May 5, 2020

_____
212 Vineland Avenue, East Longmeadow, MA 01028

_____
413-746-1778

_____
perfectinprint@aol.com