UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-cr-10141-LTS |
| | ) | |
| | ) | |
| SHELLEY M. RICHMOND JOSEPH | ) | |

## JUDGE SHELLEY M. RICHMOND JOSEPH'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF HER MOTION TO COMPEL

Pursuant to Local Rule 7.1(b)(3), the Defendant Joseph respectfully requests leave to submit a reply to the government's Opposition to Defendant's First Supplementary Motion to Compel, Second Motion to Compel, and Third Motion to Compel just filed on Thursday, May 21, 2020. The Defendant asserts that this reply brief is necessary to address what the defense believes are (1) material mischaracterizations of fact, (2) material unsupported statements of law, and (3) will otherwise substantially assist the Court in resolving the above-mentioned motions. The government opposes the relief requested in this motion.[1]

WHEREFORE, Defendant Joseph respectfully requests that the Court allow this Motion and permit her to file a reply memorandum in further support of her Motions to Compel *today*.

Respectfully submitted,

SHELLEY M. RICHMOND JOSEPH
/s/ Thomas M. Hoopes
THOMAS M. HOOPES, ESQ.
BBO No. 239340

---

[1] The government's email response to undersigned counsel stated that the basis for its opposition was two-fold: (1) the defendant already received leave to file an enlarged brief supporting the First Supplemental Motion to Compel Evidence of Bias and (2) argument is scheduled in one week (June 2, 2020). The defense has indicated in writing that it has no objection to a government sur-response (whenever filed).

1

/s/ Douglas S. Brooks
DOUGLAS S. BROOKS, ESQ.
BBO No. 636697
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
617.338.9300
Email: thoopes@libbyhoopes.com

/s/ Elizabeth N. Mulvey
ELIZABETH N. MULVEY, ESQ.
BBO No. 542091
Crowe & Mulvey
77 Franklin Street, 3rd Floor
Boston, MA 02110
617.426.4488
emulvey@croweandmulvey.com

Dated: May 26, 2020

**LOCAL RULES 7.1 and 112.1 CERTIFICATION**

I hereby certify that undersigned counsel has conferred with counsel for the United States in a good-faith effort to resolve or narrow the issue of filing a reply to the government's responses. The government opposes the defense request.

/s/ Thomas M. Hoopes
Thomas M. Hoopes, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on May 26, 2020.

/s/ Thomas M. Hoopes
Thomas M. Hoopes, Esq.