UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 19-10141-LTS |
| SHELLEY M. RICHMOND JOSEPH, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' RESPONSE TO COURT ORDER

The government respectfully submits this response to the Court's Order dated May 26, 2020 (Doc. No. 134).

On May 7, Defendant Shelley Joseph filed three motions to compel discovery (Doc. Nos. 127, 128, 130), and two supporting memos of law (Doc. Nos. 129, 131). The memorandum in support of Joseph's primary motion, styled as a motion to compel evidence of political bias, is 23 pages and includes 29 exhibits. (Joseph filed an assented-to motion to file excess pages, which the Court allowed.) All told, Joseph's filings comprise 42 pages not including exhibits.

On May 21, the government filed a 15-page opposition to Joseph's three motions (Doc. No. 132).

On May 26, Joseph filed a motion for leave to submit a reply brief responding to the government's opposition (Doc. No. 133).

All pending discovery motions are scheduled to be heard in four business days, on June 2, when the Court is also scheduled to hear argument on the defendant's motions to dismiss the indictment (Doc. Nos. 59, 61).[1]

---

[1] There are two pending discovery motions in addition to Joseph's recent filings. First is the defendants' joint motion to compel production of the Defense Attorney's and ADA's grand jury transcripts, and early *Jencks* for all witnesses (Doc. No. 32). Magistrate Judge Cabell issued an order denying that motion (Doc. No. 86). The defendants filed objections (Doc. Nos. 105, 106), to which the government responded (Doc. Nos. 110, 111). Second is Joseph's motion to compel

The government respectfully opposes Joseph's motion for leave to file a reply brief given the short period of time between now and the hearing date, and given that Joseph has had ample opportunity, and 42 pages, to make her arguments. The government does not believe the Court needs any further briefing to decide the motions.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY


By: */s/ Christine Wichers*
    Dustin Chao
    Christine Wichers
    Assistant U.S. Attorneys

**Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 27, 2020.

    */s/ Christine Wichers*
    Christine Wichers

---

production of the grand jury instructions (Doc. No. 109), which was not heard by Magistrate Judge Cabell and which the government has opposed (Doc. No. 114).