UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 19-cr-10141-LTS |
| SHELLEY M. RICHMOND JOSEPH and WESLEY MACGREGOR, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER RESETTING HEARING

May 28, 2020

SOROKIN, J.

On March 5, 2020, the Court scheduled a hearing for April 2, 2020 to address specific pending motions: each defendant's motion to dismiss, a motion seeking disclosure of grand jury instructions, and each defendant's objection to Magistrate Judge Cabell's ruling on their earlier discovery motions. Doc. No. 119. The notice setting that hearing specifically identified those matters as the subjects of the hearing. Id. Subsequently, in conformity with General Order 20-4 (In re: Coronavirus Public Emergency—Order Concerning Criminal Proceedings), the Court continued the hearing by sixty days as provided in the General Order. Doc. Nos. 120, 121. The notice resetting the hearing to June 2, 2020 specifically identified the same matters as the subjects of the hearing. Doc. No. 121. Thereafter, Shelley M. Richmond Joseph filed three motions to compel, which are now fully briefed. The recent motions to compel have not been scheduled for a hearing.

For scheduling reasons only, the hearing presently set for June 2, 2020, is RESET to June 11, 2020 at 2:00 PM. The June 11 hearing will concern only the pending motions to dismiss,

which raise numerous legal issues and have generated substantial briefing.  Presently, the Court anticipates that this hearing will proceed by video, and that the Deputy Clerk will provide Zoom information to the parties and others pursuant to the Court's public access protocol.

The Court will review the recent motions to compel (Doc. Nos. 127, 128 and 130), along with the previously filed discovery motions and objections (Doc. Nos. 105, 106, and 109), and will either resolve those matters on the papers or, if warranted, will promptly schedule a separate hearing.

                              SO ORDERED.

                               /s/ Leo T. Sorokin
                              United States District Judge