## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

SHELLEY M. RICHMOND JOSEPH,

Defendant.

Crim. No. 19-10141-LTS

## DEFENDANT SHELLEY M. RICHMOND JOSEPH'S
## NOTICE OF INTERLOCUTORY APPEAL

PLEASE TAKE NOTICE that on this 10th day of August, 2020, Defendant Shelley M. Richmond Joseph appeals to the United States Court of Appeals for the First Circuit from the Order entered by the Honorable Leo T. Sorokin on July 27, 2020, denying Defendant's Motion to Dismiss the Indictment.  Jurisdiction is appropriate under 28 U.S.C. § 1291.  *See Mitchell v. Forsyth*, 472 U.S. 511, 525 (1985) ("[T]he denial of a substantial claim of absolute immunity is an order appealable before final judgment, for the essence of absolute immunity is its possessor's entitlement not to have to answer for his conduct…."); *McCullough v. Finley*, 907 F.3d 1324, 1330 (11th Cir. 2018) ("[A] defendant may immediately appeal a denial of absolute judicial immunity…"); *United States v. Claiborne*, 727 F.2d 842, 844-845 (9th Cir. 1984) (same in criminal case); *see also Morales v. Ramirez*, 906 F.2d 784, 787 (1st Cir. 1990) (court of appeals may review on appeal "issue[s] underlying, and interwoven with" assertion of immunity).

Dated:  August 10, 2020

Respectfully submitted,

SHELLEY M. RICHMOND JOSEPH

/s/ Thomas M. Hoopes
THOMAS M. HOOPES, ESQ.
BBO No. 239340
/s/ Douglas S. Brooks
DOUGLAS S. BROOKS, ESQ.
BBO No. 636697
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
thoopes@libbyhoopes.com

/s/ Elizabeth N. Mulvey
ELIZABETH N. MULVEY
BBO No. 542091
Crowe & Mulvey LLP
77 Franklin Street, 3rd Floor
Boston, MA 02110
(617) 426-4488
emulvey@croweandmulvey.com

*Counsel for Defendant Shelley M. Richmond Joseph*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Thomas M. Hoopes
THOMAS M. HOOPES