# United States Court of Appeals
## For the First Circuit

No. 20-1787

UNITED STATES,

Appellee,

v.

SHELLEY M. RICHMOND JOSEPH,

Defendant - Appellant.

**MANDATE**

Entered: March 21, 2022

In accordance with the judgment of February 28, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Douglas Scott Brooks
Dustin Ming Chao
Howard M. Cooper
Maria T. Davis
Felicia H. Ellsworth
Amanda S. Hainsworth
Thomas M. Hoopes
Donald Campbell Lockhart
Kirsten V. Mayer
Daniel Louis McFadden
Elizabeth N. Mulvey
Krista Oehlke
Matthew R Segal
Anne L. Sterman
Robert E. Toone Jr.

Philip L. Torrey
Christine J. Wichers
Peter Sabin Willett
Benjamin J. Wish