UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:19-cr-10141-LTS |
| ) | |
| ) | |
| SHELLEY M. RICHMOND JOSEPH ) | |
| and ) | |
| WESLEY MACGREGOR ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order filed March 22, 2022, the parties hereby file their Joint Status Report. The Court's Order directed the parties to set forth their joint or separate positions as to: (1) a list of the pending motions requiring resolution; (2) whether any additional briefing is warranted on any such motion; (3) whether any party anticipates additional motion practice not including motions in limine and other pretrial motions; (4) the anticipated duration of trial; and (5) any other matter the parties wish to bring to the Court's attention.

A. Pending Motions Requiring Resolution

The following motions are pending requiring resolution:

1. Defendant Joseph's Objection to Magistrate Judge's Order Denying In Part Defendants' Joint Motion to Compel Production of Discovery is fully briefed and awaiting resolution by the Court. *See* Doc. Nos. 105 (Joseph), 110 (Government).

2. Defendant MacGregor's Objections to Magistrate's Order on Discovery is fully briefed and awaiting resolution by the Court. *See* Doc. Nos. 106 (MacGregor), 111 (Government).

3. Defendant Joseph's Second Supplementary Motion to Compel Evidence Regarding Bias Arising Out Impermissible Leaks and Request for Independent Investigation of Leaks If No Investigation Has Yet Been Done is fully briefed and awaiting resolution of the Court. *See* Doc. Nos. 127, 137 (Joseph), 132 (Government).

3. Defendant Joseph's Third Supplementary Motion to Compel Brady Information Regarding Statements or Non-Statements by Two ICE Officers Concerning Material Events at the Newton District Court on April 2, 2018 is fully briefed and awaiting resolution of the Court. *See* Doc. Nos. 128 (Joseph), 132 (Government).

4. Defendant Joseph's First Supplemental Motion to Compel Evidence of Bias is briefed and awaiting resolution of the Court. *See* Doc. Nos. 130, 137 (Joseph), 132 (Government).

5. Pursuant to this Court's Order on July 27, 2020, to aid the Court in evaluating Doc. Nos. 105 (Joseph), 106 (MacGregor), and 128 (Joseph), the government was required to submit for ex parte *in camera* review any and all statements, including transcripts of grand jury testimony, by: (1) the two ICE agents present at the Newton District Court on April 2, 2018; (2) the Assistant District Attorney referenced in the Indictment; and (3) the Defense Attorney referenced in the Indictment. *See* Doc. No. 143. Pursuant to the same Order, Defendant Joseph was required to submit for *ex parte in camera* review: (1) "the grand jury transcript of one of the NDC court officers on duty on April 2, 2018" referenced in her Third Supplementary Motion to Compel, Doc. No. 128 at 1; and (2) the "witness statement not provided . . . in automatic discovery" referenced in her May 27, 2020 reply brief, Doc. No. 137 at 3-4, if that statement is different from the grand jury transcript referenced in (1). *See* Doc. No. 143.  The government and Defendant Joseph made the required submissions.

B. <u>Whether Any Additional Briefing Is Warranted</u>

As to ECF Nos. 130 (First Supplemental Motion to Compel Evidence of Bias) and 131 (memorandum in support), the defendant Joseph has filed a motion for leave to file a supplemental memorandum of no more than five (5) pages within 10 days of this filing outlining additional information, bearing on the motion, which has arisen in the context of discovery in separate litigation involving the ACLU's lawsuit against ICE.  MacGregor will join in this request.

C. <u>Whether Any Party Anticipates Additional Motion Practice Not Including Motions in Limine and Other Pretrial Motions</u>

No party anticipates further discovery motions at this time. Defendant Joseph anticipates filing a Motion to Sever.

D. <u>The Anticipated Duration of Trial</u>

The parties believe the trial will last 7-10 trial days, exclusive of empanelment.

E. <u>Any Other Matters the Parties Wish to Bring to the Court's Attention</u>

The parties have no other matters they wish to bring to the Court's attention at present.

Respectfully Submitted,


By: */s/ Christine Wichers*

Dustin Chao
Christine Wichers
Assistant U.S. Attorneys

| | |
|---|---|
| SHELLEY M. RICHMOND JOSEPH<br>By her attorneys, | WESLEY MACGREGOR<br>By his attorney, |
| */s/ Thomas M. Hoopes*<br>Thomas M. Hoopes<br>Douglas S. Brooks<br>Libby Hoopes Brooks, P.C.<br>399 Boylston Street<br>Boston, MA 02116<br>(617) 338-9300 | */s/ Rosemary Scapicchio*<br>Rosemary Scapicchio<br>107 Union Wharf<br>Boston, MA 02109<br>(617)-263-7400 |

Elizabeth N. Mulvey
Crowe & Mulvey, LLP
141 Tremont St., 8th Floor
Boston, MA 02111
(617) 426-4488

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-participants on April 5, 2022.

/s/ *Douglas S. Brooks*
Douglas S. Brooks

4