UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 1:19-cr-10141-LTS |
| ) | |
| ) | |
| SHELLEY M. RICHMOND JOSEPH ) | |
| and                     ) | |
| WESLEY MACGREGOR        ) | |

**JUDGE SHELLEY M. RICHMOND JOSEPH'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPORTING MEMORANDUM FOR HER MOTION ENTITLED "FIRST SUPPLEMENTAL MOTION TO COMPEL EVIDENCE OF BIAS" (ECF NOS. 130, 131)**

Defendant Judge Shelley Richmond Joseph requests leave to file a brief (five page) memorandum supporting her first supplemental motion to compel evidence of bias (ECF Nos. 130 and 131) in light of recently uncovered government emails demonstrating political motivation related to the above indictment – evidence which has been produced by the United States Immigration and Custom Enforcement ("ICE") in civil litigation during the time period the motion has been pending.

1. On May 7, 2020, Judge Joseph filed a supplemental motion to compel the government to produce discovery in the form of exculpatory evidence demonstrating politically motivated bias against her. *See* Judge Shelley M. Richmond Joseph's First Supplemental Motion to Compel Evidence of Bias. ECF No. 130, 131. That motion set forth strong circumstantial evidence of the government's bias in seeking this indictment, in part if not in whole, to send a "message" to sanctuary cities.

2. One year later, on May 10, 2021, while this matter was stayed, the American Civil Liberties Union ("ACLU") filed a FOIA lawsuit ICE seeking documents concerning its own investigation into whether the Department of Homeland Security ("DHS") and ICE had sought to

leverage the criminal process to pressure Massachusetts judges (Judge Joseph in particular) to exercise their powers in ICE's favor, and to punish judges who did not abide by ICE's commands. *See* Complaint, *American Civil Liberties Union of Massachusetts Inc. and American Oversight v. U.S. Immigration and Customs Enforcement*, No. 1:21-cv-10761, ECF No. 1 (D. Mass. May 10, 2021).

3. During the ACLU litigation, ICE produced numerous documents, including emails, which show that certain individuals with F.R.Cr. P. 6(e) level knowledge of the grand jury investigation into Judge Joseph, "tipped" senior DHS officials that an indictment was coming.

4. One of the emails, sent days *before* the indictment was presented to the grand jury, included the subject line "RE: HSI Anticipated Indictment of District Judge." Senior DHS officials responded with written "applause" at the "news."

5. That DHS/ICE impermissibly leaked 6(e) matters occurring before the grand jury to non-essential, non-prosecutors graphically supports Judge Joseph's pending motions' assertion of bias.

6. The ACLU litigation provides a roadmap both for identification of further exculpatory evidence and for a more precise description to assist this Court in determining what documents may exist which are relevant to Judge Joseph's motion and to her trial.

7. This litigation-related information will underscore for the Court that the documents sought are exculpatory and should be disclosed now – not on the eve of trial.

WHEREFORE, Judge Joseph respectfully requests that the Court allow this unopposed Motion and permit her to file a brief (five page) memorandum regarding her first supplemental motion to compel evidence of bias.

        Respectfully submitted,

SHELLEY M. RICHMOND JOSEPH
*/s/ Thomas M. Hoopes*
THOMAS M. HOOPES, ESQ.
BBO No. 239340
*/s/ Douglas S. Brooks*
DOUGLAS S. BROOKS, ESQ.
BBO No. 636697
Libby Hoopes Brooks, P.C.
399 Boylston Street
Boston, MA 02116
617.338.9300
Email: thoopes@lhblaw.com

*/s/ Elizabeth N. Mulvey*
ELIZABETH N. MULVEY, ESQ.
Crowe & Mulvey
77 Franklin Street, 3rd Floor
Boston, MA 02110
617.426.4488
emulvey@croweandmulvey.com

Dated: April 5, 2022

**LOCAL RULES 7.1 and 112.1 CERTIFICATION**

I hereby certify that undersigned counsel has conferred with counsel for the United States in a good-faith effort to resolve or narrow the issues raised by this Motion. Counsel for the government does not oppose this Motion.

*/s/ Douglas S. Brooks*
Douglas S. Brooks

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on April 5, 2022.

                                    */s/ Douglas S. Brooks*
                                    Douglas S. Brooks