UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                            )<br>)<br>)<br>SHELLEY M. RICHMOND JOSEPH )<br>and                                         )<br>WESLEY MACGREGOR            ) | Criminal No. 1:19-cr-10141-LTS |

**AFFIDAVIT OF THOMAS M. HOOPES, ESQ. REGARDING
JUDGE SHELLEY M. RICHMOND JOSEPH'S FIRTHER SUPPORTING
MEMORANDUM FOR HER MOTION ENTITLED "FIRST SUPPLEMENTAL
MOTION TO COMPEL EVIDENCE OF BIAS" [ECF NOS. 130, 131**

I, Thomas M. Hoopes, Esq., do state upon oath as follows:

1. I am an attorney of record for the defendant Joseph in the above-captioned matter, the indictment for which was returned on April 25, 2019.

2. In a related civil matter, a limited disclosure by the government defendant (ICE) to the plaintiff ACLUM of certain documents as part of the litigation, has been publicly filed. *See* ECF No. 33-17 (pages 1-87), *American Civil Liberties Union of Massachusetts Inc. and American Oversight v. U.S. Immigration and Customs Enforcement*, No. 1:21-cv-10761, (D. Mass. May 10, 2021). A select portion of those 87 pages (five email strings), relevant to the above-captioned matter, are attached, itemized, and described below.

**Exhibit 1: Email string dated March 6-13, 2019 (one month prior to the indictment)
[ECF No. 33-17 at 63-65]**

3. On March 6, 2019, at 4:52 p.m., **Peter C. Fitzhugh**, the Special Agent in Charge (SAC) of ICE Boston sent an email to **Matthew C. Allen** of ICE.[1] The Subject line states: "*Investigative Update*." A large portion of the email's content was <u>fully redacted</u> by the

---

[1] Matthew C. Allen has had various high-level positions at ICE including Deputy Director.

government. However, below the redaction S/A Fitzhugh stated: "Here is a link to the story" and enclosed a link to a December 1, 2018, Boston Globe story regarding this very Joseph matter under investigation. S/A Fitzhugh adds: "*Please call me if you would like additional information.*" (Whether there was a follow-up phone call is unknown – or what was said if there was such a call.)

4. On March 6, 2019, at 6:21 p.m., the email was forwarded to **Derek N. Benner** of ICE.[2] The content of the email is <u>fully redacted</u>.

5. On March 6, 2019, at 3:28 p.m., Benner forwarded the email to Acting ICE Director, **Matthew Albence**.[3] The content states: "Matt Fysa [a military term likely meaning "for your situational awareness] on potential media interest."[4]

6. On March 6, 2019, at 6:30 p.m., Albence replied: "10-4. *This will def grow legs. It would be great to see the USA prosecute this.*"

7. On March 12, 2019, at 10:21 p.m., Benner replies to Albence: "*Talked to SAC Boston today and we should know on Thursday.*"

8. On March 13, 2019, at 02:22:36, Albence replied to Benner: "10-4. Thanks."

**Exhibit 2: Email string dated April 24, 2019 (one day prior to the indictment)**
**[ECF No. 33-17 at 55-56]**

9. On April 24, 2019, at 3:57 p.m., an email with a <u>fully redacted attachment</u> was sent <u>from one redacted name to another</u> but the Subject line is: "*HIS Boston Anticipated Indictment of District Judge.*"

---

[2] Derek N. Benner has had various high-level positions at ICE including deputy director of its Enforcement and Removal group.
[3] Matthew Albence was variously ICE's acting director, deputy director, and director of enforcement during the time period of April 2018 to April 2020.
[4] The time of 3:28 p.m. is likely an Eastern Standard Time/Pacific Standard Time issue.

10. Five (5) minutes later that email was forwarded <u>from a redacted name</u> to Derek N. Benner and Matthew Allen of ICE.

11. Nineteen minutes later that email was forward by Benner to **Matt Albence** and others – some named, some redacted. One of the unredacted names was **Thomas Blank**, ICE Chief of Staff.  The body of the email stated: "Matt, ES attached for Boston investigation."  <u>The meaning of "ES" is unknown</u>.

12. Thomas Blank (whose names was redacted below) responded to Benner, Albence, and Christopher S. Kelly with the words: "*Incredible story*."

### Indictment

13. The morning of April 25, 2019, the defendant Joseph was indicted by a grand jury for the District of Massachusetts.

### Exhibit 3: Email string dated April 25, 2019
### [ECF No. 33-17 at 57]

14. On April 25, 2019, at 1:58 p.m., after the indictment has been unsealed, an email is sent from **Tracy Short** to **Matthew Albence**, Thomas Blank, Mike Davis with a Subject line: "FW: Fox News: Massachusetts judge who helped illegal immigrant escape ICE arrest indicted, federal authorities say."  Mr. Short comments: "*This is a great day*."[5]  Later that day, Matthew Albence replies with a one-word response: "*Indeed.*"

### Exhibit 4: Email string dated April 25, 2019
### [ECF No. 33-17 at 66-68]

15. On April 25, 2019, at 6:11 p.m., Thomas Blank, ICE Chief of Staff replies to Ms. Short's comment that, "This is a great day" by adding: "*Blessed*."

### Exhibit 5: Email string dated April 25, 2019
### [ECF No. 33-17 at 81]

---

[5] Tracy Short was ICE Principal Legal Advisor from January 2017 to June 2020.

16. On April 25, 2019, at 2:32 p.m., an email was sent from a redacted name to several people whose names were redacted and three whose names were not.

17. The email details efforts to arrange for "Matt" (Matthew Albence) to speak to the Boston media (Howie Carr of the Boston Herald) because the President of the United States was "unavailable" at that moment. The emails states" "This request came through the WH" – which presumably is short-hand for *The White House*. The email added: "They asked for POTUS [the president of the United States], who is unavailable, so recommended ICE. *Howie Carr is a conservative and good place for <u>our message</u>.*"

Signed under the penalties of perjury this 11th day of April, 2022.

<u>/s/ Thomas M. Hoopes</u>
Thomas M. Hoopes, Esq.