# Exhibit 1

From: Albence, Matthew
Sent: 13 Mar 2019 02:22:36 +0000
To: Benner, Derek N;(b)(6); (b)(7)(C) (b)(6); (b)(7)(C)
Subject: RE: Investigative Update

10-4. Thanks.

From: Benner, Derek N
Sent: Tuesday, March 12, 2019 10:21 PM
To: Albence, Matthew (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>
Subject: RE: Investigative Update

Talked to SAC Boston today and we should know on Thursday

Sent with BlackBerry Work
(www.blackberry.com)

From: Albence, Matthew (b)(6); (b)(7)(C) @ice.dhs.gov>
Date: Wednesday, Mar 06, 2019, 6:30 PM
To: Benner, Derek N (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>,
(b)(6); (b)(7)(C) @ice.dhs.gov>
Subject: RE: Investigative Update

10-4. This will def grow legs. It would be great to see the USA prosecute this.

Sent with BlackBerry Work
(www.blackberry.com)

From: Benner, Derek N <(b)(6); (b)(7)(C)
Date: Wednesday, Mar 06, 2019, 3:28 PM
To: Albence, Matthew (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>,
(b)(6); (b)(7)(C) @ice.dhs.gov>
Subject: FW: Investigative Update

Matt Fysa on potential media interest.

Sent with BlackBerry Work
(www.blackberry.com)

From: (b)(6); (b)(7)(C) @ice.dhs.gov>
Date: Wednesday, Mar 06, 2019, 6:21 PM
To: Benner, Derek N (b)(6); (b)(7)(C) > (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>
Subject: FW: Investigative Update

Sirs/Ma'am:

(b)(5); (b)(6); (b)(7)(A); (b)(7)(C)

(b)(6);
(b)(7)(C)

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Fitzhugh, Peter C <(b)(6); (b)(7)(C)>
**Date:** Wednesday, Mar 06, 2019, 4:52 PM
**To:** Allen, Matthew C <(b)(6); (b)(7)(C)  (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Subject:** Investigative Update

(b)(5); (b)(6); (b)(7)(A); (b)(7)(C)

Here is a link to the story:

https://www.bostonglobe.com/metro/2018/12/01/newton-judge-role-reportedly-examined-after-immigrant-evades-ice/Mshdn3gIlPZhVA7mZ9fa3M/story.html

Please call me if you would like additional information.

Pete


Peter C. Fitzhugh
Special Agent in Charge
Homeland Security Investigations (HSI)
Boston, MA
Ofc. 617-565- (b)(6); (b)(7)(C)
Cell 973-445-