# Exhibit 2

**From:** Blank, Thomas
**Sent:** Wed, 24 Apr 2019 20:24:31 +0000
**To:** Benner, Derek N;Albence, Matthew;Kelly, Christopher S;Murphy, Matthew R
**Subject:** RE: HSI Boston Anticipated Indictment of District Judge

Incredible story.

Thomas Blank
Chief of Staff
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
202 732 (b)(6); (b)(7)(C)
Cell 202

**From:** Benner, Derek N
**Sent:** Wednesday, April 24, 2019 4:21 PM
**To:** Albence, Matthew (b)(6); (b)(7)(C) @ice.dhs.gov>; Kelly, Christopher S (b)(6); (b)(7)(C) @ice.dhs.gov>; Murphy, Matthew R <(b)(6); (b)(7)(C) @ice.dhs.gov>; Blank, Thomas <(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** FW: HSI Boston Anticipated Indictment of District Judge

Matt, ES attached for Boston investigation

Sent with BlackBerry Work
(www.blackberry.com)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Date:** Wednesday, Apr 24, 2019, 4:02 PM
**To:** Benner, Derek N <(b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>, Murphy, Matthew R <(b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, Allen, Matthew C <(b)(6); (b)(7)(C) @ice.dhs.gov>(b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** FW: HSI Boston Anticipated Indictment of District Judge

Sir,

Per your request. DOM OPS provided the below and attached.

(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)
**Sent:** Wednesday, April 24, 2019 3:57 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** HSI Boston Anticipated Indictment of District Judge

(b)(6); (b)(7)(A); (b)(7)(C)