UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )<br>                                                            )    Crim. No. 19-10141-LTS<br>SHELLEY M. RICHMOND  JOSEPH,    )<br>                                                            )<br>            Defendant.                        ) | |

**UNITED STATES' ASSENTED-TO MOTION FOR LEAVE TO FILE
REPONSE TO DEFENDANT JOSEPH'S FURTHER SUPPORTING
MEMORANDUM IN SUPPORT OF HER "FIRST SUPPLEMENTAL MOTION
TO COMPEL EVIDENCE OF BIAS" [ECF No. 172]**

Pursuant to Local Rule 7.1(b)(3), the United States respectfully requests leave to submit a brief reply to defendant Shelley Joseph's recent filing, ECF No. 172, which is a supplemental memo in support of her motion asking the Government to search for and produce communications that she believes could indicate that she is being prosecuted for political reasons (ECF No. 130). The Government contends that ECF No. 172 contains factual mischaracterizations and legally erroneous arguments regarding the discoverability of the sought-after communications. The Government believes a short reply will assist the Court in resolving Joseph's motion.

Through her counsel, Joseph has assented to the relief requested in this motion.

Respectfully submitted,

ZACHARY A. CUNHA
UNITED STATES ATTORNEY
Acting Under Authority Conferred by 28 U.S.C. § 515

By: */s/ Christine Wichers*
Dustin Chao
Christine Wichers
Assistant U.S. Attorneys

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 13, 2022.

           */s/ Christine Wichers*
           Christine Wichers