EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | Criminal No. 1:19-cr-10141-LTS |
| ) | |
| ) | |
| SHELLEY M. RICHMOND JOSEPH  ) | |

## ATTESTATION OF SHELLEY RICHMOND JOSEPH

I hereby attest that I have complied with paragraph 2 of the Agreement ("Agreement") with the United States Attorney's Office ("the USAO) and myself dated September 20, 2022, by formally referring myself to the Massachusetts Commission on Judicial Conduct ("the CJC") and by providing the CJC with a copy of the Agreement and Statement of Facts contained within the Agreement, including my stipulation to the accuracy of the same.

Signed under the penalties of perjury this 22nd day of September, 2022.

*Shelley N. Richmond Joseph*
Shelley M. Richmond Joseph